DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT RODRIGUEZ,**
Appellant,

v.

**SHOPPES AT DEERFIELD, LLC,**
a Florida Limited Liability Company, f/k/a Lincoln Park Delray, L.C.,
Appellee.

No. 4D22-1403

[June 1, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin Bidwill, Judge; L.T. Case No. CACE19-004591 (05).

Stanley Dale Klett, Jr., and Roberto M. Vargas of Jones Foster, P.A., Jupiter, for appellant.

Samuel Alexander of Alexander Appellate Law, P.A., DeLand, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***